**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
CIVIL CASE NO. 2:09cv037**

MICHAEL HAROLD ELLIOTT,      )
          )
      **Plaintiff,**      )
          )
      **vs.**      )
          )
MICHAEL J. ASTRUE,      )
**Commissioner of Social Security,**      )
          )
      **Defendant.**      )
          )

_____

## J U D G M E N T

For the reasons set forth in the Memorandum and Order filed herewith,

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Motion for Summary

Judgment [Doc. 9] is **GRANTED** and the Defendant's Motion for Summary

Judgment [Doc. 13] is **DENIED**.

Pursuant to the power of this Court to enter a judgment affirming,

modifying or reversing the decision of the Commissioner under Sentence Four

of 42 U.S.C. § 405(g), the decision of the Commissioner is **REVERSED**, and

this case is hereby **REMANDED** to the Commissioner for further

administrative action consistent herewith and with the accompanying

Memorandum of Decision and Order.

**IT IS SO ORDERED.**

Signed: June 20, 2011

Martin Reidinger
United States District Judge